# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| JAY A. WENDEL and SANDRA L. WENDEL, <br><br> Plaintiffs, <br><br> v. <br><br> BLUESTEM BRANDS, INC. d/b/a FINGERHUT, <br><br> Defendant. | Case No. 2:19-cv-11172-AC-SDD |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE JAY A. WENDEL and SANDRA L. WENDEL ("Plaintiffs") hereby notifies the Court that the Plaintiffs and Defendant have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 19th day of August 2019.

                                      s/ Nathan C. Volheim  
                                      Nathan C. Volheim, #6302103  
                                      Sulaiman Law Group, Ltd.  
                                      2500 S. Highland Avenue, Suite 200  
                                      Lombard, IL 60148  
                                      (630) 575-8181  
                                      nvolheim@sulaimanlaw.com  
                                      *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

                                      s/ Nathan C. Volheim  
                                      Nathan C. Volheim